# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTINEZ S. AYTCH,

    Plaintiff,

vs.

JAMES G. COX, *et al.*,

    Defendants.

Case No. 2:14-cv-00139-GMN-CWH

**ORDER**

    This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff seeks to extend his copy work limit by $500.00. (ECF No. 9).

    An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC administrative regulation 722.01(7)(D), inmates "can only accrue a maximum of $100.00 debt for copy work expenses for all cases, not per case." In this district, courts have found that they can order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties. *See Allen v. Clark Cnty. Det. Ctr.*, 2:10-CV-00857-RLH, 2011 WL 886343, *2 (D. Nev. Mar. 11, 2011).

    In the instant motion, plaintiff asserts that he requires an extension of his copywork limit so that he can serve the complaint on the defendants in this action. The Court has not ordered plaintiff to serve defendants with the complaint. Instead, the screening order filed May 14, 2014, outlined the viable claims for relief and deferred the ruling on the *in forma pauperis* application until the parties have an opportunity to engage in settlement negotiations. (ECF No. 4). The screening order

1  directed the Clerk of Court to serve the complaint on the Office of the Attorney General for the
2  State of Nevada. (*Id.*).  A 90-day deadline was set for the Attorney General's Office to file a status
3  report, but the Court requires no such filing from plaintiff. (*Id.*, at p. 6).  By order filed May 22,
4  2014, the parties were encouraged to engage in informal settlement negotiations. (ECF No. 5).
5  Thus, despite plaintiff's assertions to the contrary, he does not need to serve each defendant with the
6  complaint.  As such, the Court declines to grant plaintiff's motion to extend prison copywork limit
7  at this time.
8       **IT IS THEREFORE ORDERED** that plaintiff's motion to extend prison copywork limit
9  (ECF No. 9) is **DENIED.**
10      Dated this 30th day of July, 2014.

                                            C.W. Hoffman, Jr.
                                         UNITED STATES MAGISTRATE JUDGE