# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTINEZ AYTCH

                      Plaintiff,                   Case No. 2:14-cv-00139-GMN-CWH

vs.                                             **ORDER**

JAMES G. COX, *et al.*,

                      Defendants.

      This matter is before the Court on Plaintiff Martinez Aytch's Motion to Extend Prison Copywork Limit (doc. # 15), filed September 24, 2014.

      A Petitioner does not have a right to free photocopying. Johnson v. Moore, 948 F.2d 517, 521 (9th Cir. 1991); Sands v. Lewis, 886 F.2d 1166, 1169 (9th Cir.1989), overruled on other grounds by Silva v. Di Vittorio, 658 F.3d 1090 (9th Cir. 2011) (stating "numerous courts have rejected any constitutional right to free and unlimited photocopying"). Under Administrative Regulations 722, "inmates can only accrue a maximum of $100.00 debt for copy work expenses." NDOC-AR 722.01(7). However, a court "can... order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties." Allen v. Clark Cnty. Det. Ctr., No. 2: 10-CV-00857-RLH, 2011 WL 886343, at *2 (D. Nev. Mar. 11, 2011).

      In the instant motion, Plaintiff states that he has exceeded his prison copy work limit and requests that the Court order the Nevada Department of Correction to increase his limit. Doc. # 15. However, Plaintiff fails to identify those documents he needs copied. Nevada prisons also provide inmates with carbon paper to enable inmates to reproduce writings without the use of photocopies, see NDOC-AR 722.01(7), and Plaintiff fails to explain why this resource is inadequate for his purposes. As such, Plaintiff fails to demonstrate that a copy work increase is necessary.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Martinez Aytch's Motion to Extend Prison Copywork Limit (# 15) is **denied**.

DATED: September 25, 2014

_____
C.W. Hoffman, Jr.
United States Magistrate Judge