# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARTINEZ AYTCH,

          Plaintiff,

vs.

JAMES G. COX, *et al.*,

          Defendants.

Case No. 2:14-cv-00139-GMN-CWH

**ORDER**

This matter is before the Court on the Nevada Attorney General's ("AG") Notice of Under Seal Submission of Last Known Address (doc. # 33), and Sealed Address (doc. # 32), both filed December 12, 2014.

In compliance with this Court's December 1, 2014 order, the AG filed a notice, along with the last known address of Defendant Rabbi Joseph Elchonon ("defendant"). Upon review of the address submitted, this Court observes that it is the same as the address Plaintiff Martinez Aytch ("plaintiff") included in his motion for issuance of summons. See Doc. # 14 at 2.

Because no new address has been provided to this Court, **IT IS HEREBY ORDERED** that plaintiff's summons as to defendant will **not be reissued**. If plaintiff wishes to reattempt service on defendant, plaintiff must file a motion with the Court identifying defendant and providing a new address for defendant **no later than January 16, 2015**.

Dated: December 15, 2014

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**