# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINEZ AYTCH ) | |
| ) | Case No. 2:14-cv-00139-GMN-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| JAMES G. COX, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff Martinez Aytch's ("Plaintiff") Motion to Extend Prison Copywork Limit (doc. # 44), filed March 18, 2015.

A Petitioner does not have a right to free photocopying. Johnson v. Moore, 948 F.2d 517, 521 (9th Cir. 1991); Sands v. Lewis, 886 F.2d 1166, 1169 (9th Cir.1989), overruled on other grounds by Silva v. Di Vittorio, 658 F.3d 1090 (9th Cir. 2011) (stating "numerous courts have rejected any constitutional right to free and unlimited photocopying"). Under Administrative Regulations 722, "inmates can only accrue a maximum of $100.00 debt for copy work expenses." NDOC-AR 722.01(7). However, a court "can... order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties." Allen v. Clark Cnty. Det. Ctr., No. 2: 10-CV-00857-RLH, 2011 WL 886343, at *2 (D. Nev. Mar. 11, 2011).

In the instant motion, Plaintiff states he has exceeded his prison copy work limit and requests that the Court order the Nevada Department of Correction to increase his limit. See Doc. # 44. Plaintiff has identified those documents he needs copied, and explains why he is unable to use carbon paper to reproduce these materials. This Court finds that Plaintiff has demonstrated a copy work increase is appropriate. However, Plaintiff will only be given an additional 100 pages towards his copy limit. Plaintiff is therefore advised to use carbon paper and other alternative resources to generate copies.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (# 44) is **granted in part and denied in part**. Plaintiff shall have an additional 100 pages towards his copy limit.

DATED: March 26, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**