# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINEZ AYTCH, | Case No. 2:14-cv-00139-GMN-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| JAMES G. COX, *et al.*, | |
| Defendants. | |

This matter has been referred to the undersigned to schedule a settlement conference. (Dkt. #64 (granting Defendants' motion for settlement conference)). Plaintiff is proceeding in this matter *in forma pauperis* and representing himself *pro se*. Accordingly,

**IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2014-01 for the purpose of identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment shall be for the limited purpose of representing Plaintiff during the course of the settlement conference. The Court will schedule a settlement conference upon appointment of pro bono counsel.

**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

Dated: July 13, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge