# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINEZ AYTCH | Case No. 2:14-cv-00139-GMN-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| JAMES G. COX, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff Martinez Aytch's ("Plaintiff") Motion for a Pretrial Order (doc. # 60), filed June 3, 2015.

Because a settlement conference will be scheduled in this case, and Plaintiff has been appointed pro bono counsel for settlement negotiations, with counsel having the option to continue his representation of Plaintiff in the event the case does not settle (doc. # 66), the Court finds the instant motion premature. Therefore, the Court deems it appropriate to deny the instant motion without prejudice and to permit Plaintiff (or Plaintiff's counsel) leave to re-file said motion, if appropriate, after settlement negotiations are completed.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Pretrial Order (doc. # 60) is **denied without prejudice**.

DATED: July 29, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**