ADAM PAUL LAXALT
Attorney General
FREDERICK J. PERDOMO
Senior Deputy Attorney General
Nevada Bar No. 10714
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1250
E-Mail: fperdomo@ag.nv.gov

*Attorneys for Defendants Mary Agnes Boni, James "Greg" Cox, Kimberly McCoy, Oswald Reyes,* named as "Justin Reyes," *Brian Williams, Sr., and Johnny J. Youngblood*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARTINEZ S. AYTCH,

Plaintiff,

v.

JAMES G. COX, et al.,

Defendants.

Case No. 2:14-cv-00139-GMN-CWH

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Martinez S. Aytch, through his counsel of record, John G. George, Esq., and Defendants, Mary Agnes Boni, James "Greg" Cox, Kimberly McCoy, Oswald Reyes, Brian Williams, Sr., and Johnny J. Youngblood, through their counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Frederick J. Perdomo, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 2nd day of ~~January~~ March, 2016.

ADAM PAUL LAXALT
Attorney General

By: ______________________
FREDERICK J. PERDOMO
Senior Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

DATED this 31st day of January, 2016.

LAW OFFICES OF JOHN GEORGE

By: ______________________
JOHN GEORGE, ESQ.

*Attorney for Plaintiff*

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 4 day of March, 2016.

______________________
UNITED STATES DISTRICT JUDGE

Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701-4717

CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of March, 2016, I caused to be deposited by mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Martinez S. Aytch (#54102)
Southern Desert Correctional Center
PO Box 208
Indian Springs, NV 89070

An employee of the
Office of the Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717